JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC STEFON REED,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM MUNIZ, *Warden*,<br><br>    Respondent. | Case No. LA CV 16-0729 PSG (JCG))<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: 1/30/18

                    HON. PHILIP S. GUTIERREZ
                    UNITED STATES DISTRICT JUDGE